THOMAS CANARY, Respondent, *v.* EDWIN KNOWLES et al.,
Appellants.

(Argued June 7, 1887; decided June 14, 1887.)

*George W. Wingate* for appellants.

*W. Bourke Cockran* for respondent.

Agree to dismiss appeal ; no opinion.
All concur, except EARL, J., dissenting.
Appeal dismissed.

---

IRA LEO BAMBERGER, Respondent, *v.* HERMAN N. DUDEN,
Appellant.

(Argued June 7, 1887; decided June 17, 1887.)

*Blumenstiel & Hirsch* for appellant.

*Ira Leo Bamberger*, respondent, in person.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

SAMUEL C. REED, Respondent, *v.* FRANCIS E. TROWBRIDGE,
Appellant.

Where the cause of action stated in a complaint, which was for more
than $500, was put in issue and contested on the trial and was allowed
by the jury, but the recovery was for less than that sum because of the
application of an undisputed counter-claim. *Held,* the amount in con-
troversy was for more than $500, and the case was appealable to this
court.

(Argued June 7, 1887; decided June 14, 1887.)

THIS was a motion to dismiss an appeal from a judgment on the ground that the amount in controversy was less than $500.

The following is the *mem.* of opinion:

" The amount in controversy is the sum of $1,465.47, which the jury allow to the plaintiff. His right to receive that sum was strenuously disputed and resisted by the defendant. The jury gave the plaintiff a verdict of only $200.47 ; but that balance was reached, by applying in diminution of the $1,465.47, the undisputed counter-claim of the defendant, amounting to the sum of $1,265 ; but for the allowance by the jury of the $1,465.47, the defendant would have had judgment for his counter-claim. The matter in controversy, therefore, under section 191 of the Code, is more than $500, and the case is appealable to this court.

" Motion denied, with $10 costs."

*Theodore F. Miller* for motion.

*D. M. Porter* opposed.

*Per Curiam mem.* for denial of motion.
All concur.
Motion denied.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* GEORGE W. EVANS, Respondent.

(Submitted June 7, 1887; decided June 14, 1887.)

*C. S. Lester* for motion.

*McKenzie Semple* opposed.

Motion to dismiss appeal granted; no opinion.
All concur.
Appeal dismissed.